

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00407-CV

Dorothy Jane Rodriguez **JALOMO** and All Other Occupants,
Appellant

v.

**IVY APARTMENTS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV04259
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. We order that no costs be assessed against appellant in relation to this appeal because she qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED October 23, 2024.

_____
Beth Watkins, Justice